IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW D. MCKENNA,

        Plaintiff,

v.

ANTHONY J. MIGNELLA, et al.

        Defendants.

CIVIL ACTION
NO. 16-1017

## ORDER

**AND NOW**, this 7th day of July, 2016, upon a review of the docket and consideration of Plaintiff's filings, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's "Statement" (Doc. #9) is viewed as an amended application to proceed *in forma pauperis* in response to the Court's prior order, and that application is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for the other reasons stated in the accompanying memorandum opinion.

3. Plaintiff is given **leave to file an amended complaint within 60 days** of the date of this order. If Plaintiff files an amended complaint, he should state as clearly as possible what his legal causes of action are; he should also provide some indication that those causes of action are not barred by the applicable statutes of limitation.

2

4. If Plaintiff files an amended complaint, summonses shall not issue and **service shall not be made until ordered by the Court**. If and when the Court orders service, it will be made by the U.S. Marshals Service.

5. Plaintiff's request for entry of default (Doc. #10) and motion for default judgment (Doc. #11) are **DENIED**. No defendant shall have an obligation to respond unless and until Plaintiff files an amended complaint and the Court orders it to be served.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.