IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW D. MCKENNA,

    Plaintiff,

v.

ANTHONY J. MIGNELLA, et al.

    Defendants.

CIVIL ACTION
NO. 16-1017

## ORDER

**AND NOW**, this 1st day of December, 2017, upon a review Plaintiff's Amended Complaint (Docket No. 14), all supporting and opposing papers, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's complaint (Docket No. 14) is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and for other reasons stated in the accompanying memorandum opinion;

2. **Summonses shall not issue and service shall not be made**;

3. The Clerk of Court is directed to close this case for statistical purposes.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                Jeffrey L. Schmehl, J.